In the Matter of NICHOLAS T. ROGERS, as Administrator of the Estate of BRUNO BURN, Deceased, Judgment Creditor, Respondent, against ALBERT F. COYLE, Judgment Debtor, Appellant.

Argued February 28, 1944; decided April 6, 1944.

*Charles Rothenberg* and *Albert F. Coyle,* in person, ᶠor appellant.

*Seymour J. Wilner* for respondent.

Order affirmed, without costs. First question certified answered in the affirmative on the ground that section 846 of the Civil Practice Act would be inapplicable even in the absence of the exception. Second question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.